FILED
SEP 22 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-F-04-5356-AWI |
| ) | |
| vs. ) | ORDER EXONERATING BOND |
| ) | |
| GURDEEP SINGH, ) | |
| Defendant. ) | |
| _____) | |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

(X) The property bond posted is exonerated and reconveyed:

Deed #2005003131 Receipt #101 6567

DATED: 9-22-08

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1